[—— NYS2d ——]

# In the Matter of KAREN W. VAN DYKE, an Attorney, Resignor.

Fourth Department, December 29, 1993

## APPEARANCES OF COUNSEL

No appearance on behalf of resignor.

## OPINION OF THE COURT

Per Curiam.

The above-named attorney was admitted to practice by this Court on December 1, 1989 and is currently in good standing. She has submitted an affidavit requesting that this Court accept her resignation from the practice of law in New York State. Her affidavit states that she was admitted to practice in the District of Columbia, the Commonwealth of Massachusetts and Maine in 1989, 1990 and 1991, respectively, that she has never practiced law in New York and that she is resigning

because she has relocated to Maine and cannot continue to pay her attorney registration fee in New York. There are currently no complaints pending against her.

Accordingly, we grant the application and direct that her name be stricken from the roll of attorneys.

DENMAN, P. J., CALLAHAN, GREEN, PINE and BALIO, JJ., concur.

Resignation accepted and name stricken from roll of attorneys.